IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDWARD ANDERSON**                                                              **PLAINTIFF**
ADC #554443

v.                      CASE NO. 4:23-CV-00462-BSM

**WHITTLE, Police Officer,**                                  **DEFENDANT**
**Little Rock Police Department**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE